UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. HAMM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AFSHIN ARYA, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-2027 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

By an order issued on October 20, 2020, plaintiff was ordered to file a completed in forma pauperis affidavit or, in the alternative, to pay the required filing fees. (See ECF No. 4). At that time, plaintiff was warned that failure to comply with the order would result in a recommendation that this action be dismissed. (See id. at 2). The thirty-day period has now expired, and plaintiff has neither filed a completed in forma pauperis affidavit nor responded to the court's order in any way.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a District Court Judge to this action.

////

1

1    IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice
2 for failure to prosecute.  See Local Rule 183(b).
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after
5 being served with these findings and recommendations, plaintiff may file written objections with
6 the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
8 may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
9 Cir. 1991).

Dated:  December 6, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.CIVIL RIGHTS/hamm2027.fifp